UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor,

                                Plaintiff,

                    v.                                  1:12-CV-1278
                                                          (FJS/TWD)

CHAMPAGNE DEMOLITION, LLC, a
limited liability company and JOSEPH
A. CHAMPAGNE, individually,

                                Defendants.
_____

### VERDICT FORM - PUNITIVE DAMAGES

1.    Please enter the amount of punitive damages that you have determined is appropriate to punish and deter Defendant Joseph A. Champagne.

          $ __25,000.00__

2.    Please enter the amount of punitive damages that you have determined is appropriate to punish and deter Defendant Champagne Demolition LLC.

          $ __25,000.00__

      Have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

Date: __12/5/17  1:40pm__


Foreperson's signature

*[signature] 12/5/17*