# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALEXANDER ACOSTA**, *Secretary of Labor,*
United States Department of Labor

                              Plaintiff

    vs.                                    **CASE NUMBER:** 1:12-cv-1278

**CHAMPAGNE DEMOLITION, LLC and
JOSEPH CHAMPAGNE,**

                              Defendant(s)

This action having come to trial or hearing before the Court and the issues having been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That Plaintiff's motion for summary judgment is GRANTED with respect to liability as to both Defendants and further that Defendants' motion for summary judgment and for the imposition of sanctions is DENIED.

All of the above pursuant to an order of the Honorable Frederick J. Scullin, Jr. issued June 29, 2016.

That Plaintiff's motion for the district court to adopt the state court's last wage computations and award back pay in GRANTED IN PART and that the Court concludes that Plaintiff is entitled to back pay, jointly and severally, in the amount of $103,793.84 and further that a jury trial to determine whether Plaintiff is entitled to an award of compensatory damages as well as if an award for punitive damages, if any, is warranted, shall proceed.

All of the above pursuant to an order of the Honorable Frederick J. Scullin, Jr. issued November 30, 2017.

A jury trial as to the issue of damages having been held and the jury having rendered a verdict the jury finds for the Plaintiff and awards Compensatory Damages in the amount of $20,000.00 as a result of Defendant's unlawful retaliation. Further, the jury finds that punitive damages are warranted as to both defendants and awards $25,000.00 as to Joseph Champagne and $25,000.00 as to Champagne Demolition, LLC.

All of the above pursuant to a verdict rendered before the Honorable Frederick J. Scullin, Jr. on December 5, 2017.

DATED: December 6, 2017



Clerk of Court

Deputy Clerk